IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00048-WDM-PAC

ADVANTAGE MANAGEMENT SOLUTIONS, INC.,

    Plaintiff,

v.

ADVANTAGE MANAGEMENT SOLUTIONS, INC.,

    Defendant.

_____

**ORDER**
_____

A review of the pleadings indicates that a real party in interest in this matter as a defendant is Virginia R. Adams who may have done business as Advantage Management Solutions.  Accordingly, it is ordered that the parties show cause on or before February 6, 2007, why the real parties in interest in this matter should not be designated as Advantage Management Solutions, Inc., plaintiff, and Virginia R. Adams, defendant.  If no cause is shown by that date then the caption of this matter shall be changed to Advantage Management Solutions, Inc., plaintiff, v. Virginia R. Adams,

doing business as Advantage Management Solutions, defendant. All pleadings shall be deemed amended to that extent and all further filings shall be so plead.

DATED at Denver, Colorado, on January 12, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge