IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00048-WDM-PAC

ADVANTAGE MANAGEMENT SOLUTIONS, INC.,

    Plaintiff,

v.

VIRGINIA R. ADAMS,

    Defendant.

_____

**ORDER**
_____

This matter is before me on my Order to Show Cause why the real party in interest in this matter as defendant is not Virginia R. Adams. Plaintiff has not responded. Defendant advises by letter dated February 1, 2007, that she's never been accused of anything as an individual and thereby objects to modifying the caption. On the other hand, she also states that it is impossible "to respond to allegations against an entity which does not exist." This response provides no cause for not changing the caption. In defendant's own letter to Magistrate Judge Shwartz, dated October 24, 2006, she identifies herself as "defendant" and continues to use the name "Advantage Management Solutions" in her correspondence to me. Her answer identifies the name as a sole proprietorship. All indications are that Ms. Adams is a real party in interest, namely Virginia R. Adams, doing business as Advantage Management Solutions, Inc., a sole proprietorship.

Accordingly, it is ordered that Virginia R. Adams is substituted for Advantage Management Solutions as the real party in interest and the defendant in this proceeding.

DATED at Denver, Colorado, on February 14, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge