IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00048-WDM-KLM

ADVANTAGE MANAGEMENT SOLUTIONS, INC.,

    Plaintiff(s),

v.

VIRGINIA R. ADAMS,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion To Vacate Settlement Conference** [Docket No. 39; filed December 6, 2007] (the "Motion"). The parties have informed the Court that they have resolved the issues remaining in the above-captioned case and have filed a Joint Motion for Entry of Permanent Injunction and Dismissal of Remaining Claims [Docket No. 38; filed December 6, 2007].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The settlement conference set for December 7, 2007 at 10:00 a.m. is **vacated**.

    Dated: December 6, 2007