IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00048-WDM-KLM

ADVANTAGE MANAGEMENT SOLUTIONS, INC.,

    Plaintiff,

v.

VIRGINIA R. ADAMS,

    Defendant.

## ORDER FOR PERMANENT INJUNCTION AND DISMISSAL

Miller, J.

This matter is before me on the Joint Motion for Entry of Permanent Injunction and Dismissal of Remaining Claims (Docket No. 38). The parties request that the Court enter a permanent injunction upon agreed terms and otherwise dismiss all remaining claims.

Accordingly, it is ordered:

1. Pursuant to Fed. R. Civ. P. 65 and beginning on Tuesday, September 16, 2008, Virginia R. Adams is hereby permanently enjoined from using the name "Advantage Management Services" for any purpose whatsoever.

2. The complaint is otherwise dismissed with prejudice.

3. Each party shall bear their own attorney's fees and costs.


DATED at Denver, Colorado, on June 16, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge